# UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| RODRIQUEZ HARRIS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 4:18CV2072HEA |
| | ) |
| BRETT HAYS, et al., | ) |
| | ) |
| Defendants. | ) |

## ENTRY OF APPEARANCE

Shannon B. Gamble, Assistant Attorney General, hereby enters her appearance as counsel of record for Defendant, Michele Mayes.

    Respectfully submitted,

    **ERIC SCHMITT**
    Attorney General

    */s/ Shannon B. Gamble*
    Shannon B. Gamble #43469
    Assistant Attorney General
    P.O. Box 899
    Jefferson City, MO 65102
    Phone: (573) 751-9167
    Fax: (573) 751-9456
    Email: Shannon.Gamble@ago.mo.gov

    ATTORNEY FOR DEFENDANT

## CERTIFICATE OF SERVICE

I hereby certify that on this 17th day of July, 2019, I electronically filed the foregoing with the Clerk of the Court's ECF system, which sent notice to the following:

J. Andrew Hirth
TGH Litigation LLC
913 East Ash Street
Columbia, MO 65201
andy@tghlitigation.com

Michael S. Foster
Foster Wallace, LLC
1501 Westport Road
Kansas City, MO 64111
Michael@fosterwallace.com

/s/ Shannon B. Gamble
Shannon B. Gamble
Assistant Attorney General