**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | |
|---|---|
| Rodriquez Harris, DOC #1280216, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No: 4:18-CV-02072-HEA |
| | ) |
| Brett Hays, et al., | ) |
| | ) |
| Defendants. | ) |

# ENTRY OF APPEARANCE

Rachel M. Rivers, Assistant Attorney General, hereby enters her appearance as counsel on behalf of Defendant Cody Bennet and request all future matters be directed to the undersigned at the address stated below.

Respectfully submitted,

**ERIC S. SCHMITT**
Attorney General


 /s/Rachel M. Rivers
Rachel M. Rivers #71420
Assistant Attorney General
615 E. 13th Street #401
Kansas City, MO 64106
Phone: (816)889-5019
Email: rachel.rivers@ago.mo.gov

*Attorneys for Defendant MDOC*

## CERTIFICATE OF SERVICE

I hereby certify that on this 7th day of August, 2020, the foregoing was filed electronically with the Clerk of Court using the Missouri Courts Electronic Filing System, which sent notification to the following:

J. Andrew Hirth, MO57807
TGH Litigation LLC
913 East Ash Street
Columbia, MO 65201
Tel. 573.256.2850
Fax 573.213.2201
Andy@TGHLitigation.com

Michael S. Foster, #MO 61205
Foster Wallace, LLC
1501 Westport Road
Kansas City, MO 64111
Tel. No. 816.249.2101
Fax No. 816.249.2170
Michael@fosterwallace.com
***Attorneys for Plaintiff***

                                           */s/Rachel M. Rivers*
                                           Assistant Attorney General